IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 6 2014

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

| | | |
|---|---|---|
| SUZY McMILLIAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-661-A |
| | § | |
| Carolyn W. Colvin, | § | |
| Acting Commissioner, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

ORDER

On October 24, 2013, the court received the proposed

findings and conclusions and the recommendation of the magistrate

judge (hereinafter "FC&R") to whom the above-captioned action was

referred.   On November 8, 2013, the court received objections by

plaintiff, Suzy McMillian, to the FC&R, and on November 25, 2013,

the court received the response of the Commissioner of Social

Security Administration to those objections.   After having

considered the pertinent parts of the record, the court has

concluded that the recommendation of the magistrate judge that

the court affirm the Commissioner's decision is correct, and that

the proposed findings and conclusions of the magistrate judge

should be, and are hereby, adopted.   Therefore,

The court ORDERS that the decision of the Commissioner of

Social Security that, based on the application for a period of

disability and disability insurance benefits protectively filed

by plaintiff on April 20, 2010, plaintiff is not disabled under

§§ 216(i) and 223(d) of the Social Security Act is affirmed.

    SIGNED January 6, 2014.

_____
JOHN McBRYDE
United States District Judge